**Order entered December 20, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00479-CR

**GREGORY BERNARD WASHINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F-1875904-H**

### ORDER

We **REINSTATE** this appeal.

Appellant's brief is overdue. Appellant's brief was originally due August 18, 2022. Pursuant to this Court's order granting appellant's second motion for extension of time to file the brief, appellant's brief was due October 31, 2022. On November 16, 2022, appellant's brief had not been filed, and this Court abated the appeal and ordered the trial court to conduct a hearing and make findings of fact and recommendations concerning appellant's brief. The same day, appellant filed

his third motion for extension of time to file the brief. The trial court held a hearing on November 22, 2022, and made findings that appellant desires to prosecute the appeal and is indigent. The trial court recommended that we grant counsel an additional thirty days to file appellant's brief.

Accordingly, we **GRANT** appellant's third motion for extension of time to file appellant's brief. We **ORDER** appellant's counsel, Jeff Buchwald, to file appellant's brief by January 20, 2023. Failure to file the brief by January 20, 2023, may result in Mr. Buchwald's removal as counsel for appellant in this case.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tina Yoo Clinton, Presiding Judge, Criminal District Court No. 1, and to counsel for all parties.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE